IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ENRIQUE VAN BUREN,

    Plaintiff,

vs.                                      CASE NO.; 1:11-cv-23562 JAL

CREDIT PROTECTION ASSOCIATION,
L.P. AND CHARTER COMMUNICATION,
LLC,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF STRIKING COURT'S DOCUMENT DE 15

Defendants, by and through undersigned counsel herein strike Document [DE 15] of the Court's docket, filed November 30, 2011 and Defendants will be filing the correct Answer for Defendant, CREDIT PROTECTION ASSOCIATION, L.P.

DATED: December 6, 2011.

Respectfully submitted,

*s/David P. Hartnett*
David P. Hartnett
Florida Bar No. 0946631
dhartnett@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Tel. No. 305-358-7747
Fax No. 305-577-1063

14571954v1 0928725

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day, in the manner specified above, on all counsel of record identified below.

Jack Dennis Card, Jr., Esquire
Andrew Ira Glenn, Esquire
dcard@cardnadglenn.com
Andrew@floridaovertimeattorneys.com

*s/David P. Hartnett*
David P. Hartnett